UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re: )
   **Pamela Sue Jenkins** ) NOTICE TO CREDITORS
)  AND
)  PROPOSED PLAN
SS#  **xxx-xx-7708** )
SS# )  Case No. _____
                Debtor(s) )

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on **June 7, 2013**.

**THE FILING AUTOMATICALLY STAYS COLLECTION AND OTHER ACTIONS AGAINST THE DEBTOR(S), DEBTOR(S)' PROPERTY AND CERTAIN CO-DEBTORS. IF YOU ATTEMPT TO COLLECT A DEBT OR TAKE OTHER ACTION IN VIOLATION OF THE BANKRUPTCY STAY, YOU MAY BE PENALIZED.**

**OFFICIAL NOTICE WILL BE SENT TO CREDITORS GIVING THE NAME AND ADDRESS OF THE TRUSTEE, THE DATE AND TIME OF THE MEETING OF CREDITORS, AND THE DEADLINE FOR OBJECTING TO THE PLAN.**

**A CREDITOR MUST TIMELY FILE A PROOF OF CLAIM WITH THE TRUSTEE IN ORDER TO RECEIVE DISTRIBUTIONS UNDER THE PLAN.**

The Debtor(s) propose an initial plan, which is subject to modification, as follows:

1.    <u>Payments to the Trustee</u>: The Debtor(s) propose to pay from future earnings his/her/their disposable income to the Trustee for a period of **60** consecutive months by means of monthly payments of **$901.30**, for distribution to creditors after payment of costs of administration.

2.    <u>Payments made directly to creditors</u>: The Debtor(s) propose to make regular monthly payments directly to the following creditors:

| | Creditor | Collateral and Valuation |
|---|---|---|
| (A) | **-NONE-** | |

3.    <u>Disbursements by the Trustee</u>: The Debtor proposes that the Trustee make the following distributions to creditors after payment of costs of administration as follows:

    (A)    The following priority claims shall be paid in full by means of deferred payment:
          **Internal Revenue Service**
          **Moore County Tax Dept**
          **NC Department of Revenue**

    (B)    The following secured creditors shall receive their regular monthly payment:

| Creditor | Collateral and Value | Monthly Payment |
|---|---|---|
| **Bank of America** | Residence located at 195 Sandy Oak Rd in Carthage NC 28327  Market Value= $71,000.00 | **$579.00** |

    (C)    The following creditors have partially secured and partially unsecured claims and shall have their regular payment modified under the proposed plan:

| Creditor | Collateral and Value | Monthly Payment As Modified |
|---|---|---|
| **Ford Cred** | 2007 Ford Fusion  Market Value= $3,782.00 | **$83.18** |

    (D)    The following co-signed claims shall be paid in full by monthly payments:
          **-NONE-**

    (E)    The following secured creditors shall be paid on their arrearage claims by means of monthly payments:

| Creditor | Collateral | Monthly Arrearage Payment |
|---|---|---|
| **Bank of America** | Residence located at 195 Sandy Oak Rd in Carthage NC 28327 | **$178.15** |

       (F)    After payment of allowed cost of administration, priority and secured claims, the balance of the funds paid to the Trustee shall be paid to allowed general unsecured claims.  The exact amount available for unsecured creditors cannot be determined until all claims are filed and allowed, however, at this time it is anticipated that the return to unsecured creditors will be not less than __0__ % and is estimated to be __0__ %.

4.    <u>Property to be surrendered</u>:  The following property will be returned to the secured creditor:

<u>Creditor</u>                           <u>Collateral</u>

**-NONE-**

    (name of creditor and description of property)

5.    The Debtor(s) has the following executory contracts and/or leases which will be assumed or rejected as herein indicated:

<u>Contract\Lease Party</u>          <u>Description of Contract or Lease</u>          <u>Assume or Reject?</u>

**-NONE-**

6.    Other proposed provisions are as follows:

Date:  **June  7, 2013**                      **/s/ Brett Smith Yauger**

                                                   **Brett Smith Yauger**

                                                   Attorney for the Debtor

                                                  Address:    **107 Monroe St**

                                                                    **PO Box 39**

                                                                    **Carthage, NC 28327**

                                                  Telephone:  **910-947-2280**

                                                State Bar No.  **22842**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

In Re: )
    **Pamela Sue Jenkins** )   **NOTICE TO CREDITORS**
 )   **AND**
 )   **PROPOSED PLAN**
SS#  **xxx-xx-7708** )
SS# )   Case No. _____
    Debtor(s) )

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**William L. Schwenn**
**Clerk of Court**
**U.S. Bankruptcy Court**
**Middle District of North Carolina**
**P.O. Box 26100**
**Greensboro, NC 27402**

**Richard M. Hutson, II**
**Chapter 13 Trustee**
**Durham Division**
**Post Office Box 3613**
**Durham, NC 27702-3613**

**Amerifinancial Solutio**
**Po Box 602570**
**Charlotte, NC 28260**

**Bank of America**
**4161 Piedmont Pkwy**
**Greensboro, NC 27410**

**BB&T**
**100 Bank Street**
**Vass, NC 28394**

**Brock and Scott**
**5431 Oleander Drive Suite 200**
**Wilmington, NC 28403**

**First Health Family Care**
**30 Page Drive**
**Pinehurst, NC 28374**

**First Health of the Carolinas**
**Moore County Hospital**
**P.O. Box 580484**
**Charlotte, NC 28258-0484**

**Ford Cred**
**P.O. Box 542000**
**Omaha, NE 68154**

**Green Tree Servicing L**
**332 Minnesota St Ste 610**
**Saint Paul, MN 55101**

**Internal Revenue Service**
**PO Box 21126**
**Philadelphia, PA 19114**

**Moore County Tax Dept**
**P.O. Box 580377**

**Charlotte, NC 28258**

**NC Department of Revenue**
**P.O. Box 25000**
**Raleigh, NC 27640-0640**

**Tb&W**
**1417 N Magnolia Avenue**
**Ocala, FL 34475-9078**

Date:     **June  7, 2013**                    **/s/ Brett Smith Yauger**
                                                **Brett Smith Yauger**