(Rev. 08/18)

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Pamela S. Jenkins | ) | No. B-13-80725 C-13D |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF COMPLETION OF PLAN PAYMENTS
## TO CHAPTER 13 TRUSTEE

    The undersigned Trustee hereby notifies the Court and other interested parties that all payments to the Trustee have been completed pursuant to the confirmed plan.

Dated: <u>November 14, 2018</u>　　　　　　　　　　<u>s/Richard M. Hutson, II, Trustee</u>
　　　　　　　　　　　　　　　　　　　　　　　　Richard M. Hutson, II
　　　　　　　　　　　　　　　　　　　　　　　　Post Office Box 3613
　　　　　　　　　　　　　　　　　　　　　　　　Durham, NC  27702
　　　　　　　　　　　　　　　　　　　　　　　　(919) 688-8065

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE:                                )
Pamela S. Jenkins                     )        No. B-13-80725 C-13D
                                      )
                                      )
                                      )
    Debtor(s)                         )

    THIS IS TO CERTIFY that on the below date, the undersigned served a copy of the **NOTICE OF COMPLETION OF PLAN PAYMENTS TO CHAPTER 13 TRUSTEE** by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

Pamela S. Jenkins
195 Sandy Oak Rd.
Carthage, NC 28327

Brett S. Yauger, Esq.
PO Box 637
Carthage, NC 28327

Dated: November 14, 2018				s/Richard M. Hutson, II, Trustee
						Chapter 13 Office
						Durham, North Carolina